UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

IN RE:   Cledis and Alison Shaffer,             CASE NO.: 2:25-bk-70320
          DEBTOR                                    CHAPTER 13

## ORDER DETERMINING VALUE

Now before the Court is the Debtor's Motion to Determine Value of Secured Claim under Federal Bankruptcy Rule 3012(c).  The Court, being well and sufficiently apprised of the subject and premise of the matter before it and that there appears to be no objection or response filed, finds that the Motion should be and hereby is GRANTED as follows:

1.   The Arkansas Department of Finance and Administration ("AR DFA" hereafter) Claim No. 9 in the amount of $5,193.78 is secured by the Debtors' personal property; and

2.   This order shall serve as a determination of value pursuant to Fed. R. Bankr. P. 3012(c).

    IT IS SO ORDERED.

                                  Honorable Bianca M. Rucker
                                  United States Bankruptcy Judge
                                  Dated: 09/05/2025

APPROVED AS TO FORM:

/s/ L. Ryne Johnson
L. Ryne Johnson
Attorney for Debtors

/s/Joe Kolb
Joyce Bradley Babin
Chapter 13 Trustee